



## MEMORANDUM OPINION

No. 04-11-00043-CV

**IN RE** Gary **DEROUIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed:  February 9, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On January 19, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and all other relief sought is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 353738, in the County Court at Law No. 2, Bexar County, Texas, the Honorable H. Paul Canales presiding.